William Turley, Esq. (122408)
David Mara, Esq. (230498)
Jamie Serb, Esq. (289601)
Tony Roberts, Esq. (315595)
THE TURLEY & MARA LAW FIRM, APLC
7428 Trade Street
San Diego, California 92121
Telephone:   (619) 234-2833
Facsimile:   (619) 234-4048

Attorneys for NATHANIEL HELTON,
on behalf of himself, all others similarly situated,
and on behalf of the general public.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
ASHLEY T. HIRANO, Cal. Bar No. 265282
DANIEL F. DE LA CRUZ, Cal. Bar No. 292537
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
Email:       shardy@sheppardmullin.com
             ahirano@sheppardmullin.com
             ddelacruz@shepppardmullin.com

Attorneys for Defendants PEPSI-COLA SALES AND DISTRIBUTION, INC.; NEW BERN TRANSPORT CORPORATION; AND PEPSICO, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HELTON, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PEPSI-COLA SALES AND DISTRIBUTION, INC.; NEW BERN TRANSPORT CORPORATION; PEPSICO, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01135-EMC<br><br>Assigned for All Purposes to Hon. Edward M. Chen<br><br>**STIPULATION REQUESTING LEAVE TO FILE SECOND AMENDED COMPLAINT; [PR~~OPO~~SED] ORDER**<br><br>Action Filed:    January 25, 2017<br>FAC Filed:       December 12, 2017<br>Action Removed:  March 6, 2017<br>Trial date:      None set |
| STIPULATION REQUESTING LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER<br>SMRH:486547636.1 | Case No. 3:17-cv-01135-EMC |

**TO THE HONORABLE EDWARD M. CHEN:**

On May 21, 2018, the Parties engaged in a third private mediation with the highly respected wage and hour mediator, Michael Dickstein. At the conclusion of the third mediation, Mr. Dickstein offered both parties a Mediator's Proposal, which the Parties accepted. As part of this settlement, the Parties stipulated that prior to submitting Plaintiff's Motion for Preliminary Approval, Plaintiff will file a Second Amended Complaint with the Court to add claims for penalties under the Private Attorneys General Act of 2004 (PAGA) so that they may be released by and through the Parties' settlement.

Accordingly, the Parties hereby stipulate to, and request the Court grant, Plaintiff leave to file his Second Amended Complaint adding claims for penalties under the PAGA. A copy of the Second Amended Complaint is attached hereto as **Exhibit A**. The Parties stipulate further to relieve Defendants of their obligation to file a responsive pleading to the Second Amended Complaint in light of the Parties' settlement.

IT IS SO STIPULATED.

Dated: June 1, 2018

THE TURLEY & MARA LAW FIRM, APLC

By       */s/ Tony Roberts*
WILLIAM TURLEY
DAVID MARA
JAMIE SERB
TONY ROBERTS

Attorneys for Plaintiff
NATHANIEL HELTON

Dated: June 1, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

```
IT IS SO ORDERED.  Plaintiff shall
file the second amended complaint
as a separate document.
Dated:  6/6/2018
```

By       */s/ Ashley T. Hirano*
SAMANTHA D. HARDY
ASHLEY T. HIRANO
DANIEL F. DE LA CRUZ

Attorneys for Defendants
PEPSI-COLA SALES AND DISTRIBUTION, INC.; NEW BERN TRANSPORT CORPORATION; and PEPSICO, INC.

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen)

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 1, 2018        By:   */s/ Tony Roberts*