UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HELTON, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PEPSI-COLA SALES AND DISTRIBUTION, INC.; NEW BERN TRANSPORT CORPORATION; PEPSICO, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01135-EMC<br><br>[~~PROPOS~~ED] ORDER GRANTING STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ALL REMAINING DATES (modified)<br><br>Date: June 14, 2018<br>Time: 10:30 a.m.<br><br>Hon. Edward Chen |

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY**

**ORDERED THAT** the Parties' Case Management Conference, currently set for June 14, 2018, at 10:30 a.m. is ~~vacated, as are all dates remaining on calendar on this matter~~. reset for July 27, 2018 at 1:30 p.m. Joint CMC statement due 7/20/18. A hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is set for July 27, 2018, at __1:30__ ~~a.~~/p.m.

Deadline for Plaintiff to file his motion for class certification reset from 7/5/18 to 9/6/18. Opposition due 10/4/18. Reply due 10/25/18. Class certification motion hearing reset fro 9/13/18 to 11/15/18 at 1:30 p.m.

Dated: __June 7__, 2018

_____
The Honorable Edward Chen
United States District



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-