UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HELTON, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PEPSI-COLA SALES AND DISTRIBUTION, INC.; NEW BERN TRANSPORT CORPORATION; PEPSICO, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01135-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO INCREASE PAGE LIMITATIONS ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; CONDITIONAL CERTIFICATION; APPROVAL OF CLASS NOTICE; AND SETTING OF FINAL APPROVAL HEARING**<br><br>Complaint Filed: January 25, 2017<br>SAC Filed: June 6, 2018<br>Trial Date None Set<br><br>Hon. Edward M. Chen |

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY ORDERED THAT** Plaintiff NATHANIEL HELTON shall be allowed to file a Memorandum of Points and Authorities in support of his Motion for Preliminary Approval of Class Action Settlement not to exceed thirty-five (35) pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ____6/22____, 2018



_____
Judge Edward M. Chen
United States District Judge