# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 21, 2019  **Time:** 1:45 – 1:55 = 10 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-01135-EMC  **Case Name:** Helton v. Pepsi-Cola Sales and Distribution, Inc.

**Attorneys for Plaintiff:** David Mara, Tony Roberts
**Attorney for Defendant:** Dan De La Cruz

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Vicki Eastvold

## PROCEEDINGS

[52] Motion for Attorney Fees – Held.

[53] Motion for Settlement - Held.

## SUMMARY

Parties stated appearances and proffered argument.

Court grants final approval to settlement, attorney fees, and incentive payment. Final order to issue.